# ALABAMA COURT OF CRIMINAL APPEALS



June 28, 2024

**CR-2023-0301**
Nicholas James Horton v. State of Alabama (Appeal from Jefferson Circuit Court: CC-19-4350)

## <u>NOTICE</u>

You are hereby notified that on June 28, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk